UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:10–bk–04857–CPM
Chapter 11

Montevallo Apartments, LLC
2811 Eagles Nest Drive
Palm Harbor, FL 34683

_____Debtor*_____/

## ORDER CONTINUING INITIAL STATUS CONFERENCE

THIS CASE came on for an initial status conference ("**Initial Status Conference**") on May 6, 2010 . At the Initial Status Conference, the Debtor represented that the Debtor intends to file a Plan and Disclosure Statement by June 2, 2010 . Having reviewed the record and having heard the respective positions of the parties represented at the Initial Status Conference, the Court has determined the Initial Status Conference should be continued and the procedures described in this Order should be implemented. Accordingly, pursuant to the power of the Court granted by 11 U.S.C. Section 105(d), it is:

**ORDERED**:

1. The Initial Status Conference shall be continued until June 3, 2010 at 01:30 PM (the "**Continued Initial Status Conference**") in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602 .

2. The Disclosure Statement and Plan filed by the Debtor shall, at a minimum, contain adequate information pertaining to the Debtor in the following areas:

(a) Pre– and post–petition financial performance;

(b) Reasons for filing Chapter 11;

(c) Steps taken by the Debtor since the filing of the petition to facilitate reorganization by the Debtor;

(d) Projections reflecting how the Plan will be feasibly consummated;

(e) A liquidation analysis;

(f) A description of the Federal tax consequences to the Debtor;

(g) An estimate of total administrative expenses and explanation of how any such expenses not paid in full on the effective date of the Plan (to the extent permitted by the Code or the claimant's agreement) will be paid.

3. If the Debtor files the Plan and Disclosure Statement by the date of the Continued Initial Status Conference, the Court will determine at the Continued Initial Status Conference whether a hearing on the adequacy of the Disclosure Statement and confirmation of the Plan should be combined ( a "**Consolidated Hearing**") to ensure this case is handled expeditiously and economically. Based on that determination, the Court may consider conditionally approving the Disclosure Statement at the Continued Initial Status Conference and shall schedule further proceedings accordingly. In a

case involving a "small business debtor" as defined in 11 U.S.C. Section 101(51D), the Court will always schedule a Consolidated Hearing, and Counsel for the Debtor must call the Courtroom Deputy the day the Plan is filed to ensure the confirmation hearing is timely scheduled such that confirmation occur within 45 days in accordance with 11 U.S.C. Section 1129(e).

4. If the Debtor fails to file a Plan and Disclosure Statement by the date of the Continued Initial Status Conference, the Debtor must appear at the Continued Initial Status Conference and show cause why the case should not be dismissed or converted to a case under Chapter 7 pursuant to 11 U.S.C. 1112(b).

**DONE** and **ORDERED** in Chambers at Tampa, Florida on May 13, 2010 .

BY THE COURT

_____
Catherine Peek McEwen
United States Bankruptcy Judge

Service by BNC to all parties on the Court's mailing matrix for this case

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.